Herman Audie **BALLARD**, Appellant,

v.

**UNITED STATES** of America,
Appellee.

No. 23653.

United States Court of Appeals
Fifth Circuit.

Nov. 21, 1966.

Rehearing Denied Dec. 27, 1966.

H. M. Ray, U. S. Atty., E. Grady Jolly, Jr., Asst. U. S. Atty., Oxford, Miss., for appellee.

Before JONES, WISDOM and GOLDBERG, Circuit Judges.

PER CURIAM:

After a hearing, the district court denied the appellant's motion under 28 U.S. C.A. § 2255. It was claimed that the appellant had been coerced and threatened into waiving counsel and entering a plea of guilty. He contends that drugs were administered to him while in the hospital which deprived him of the ability to make a voluntary waiver and plea. The issues were fully considered and properly decided by the district court. Its order is

Affirmed.

* Sitting by designation.

John E. **MURPHY**, Plaintiff, Appellant,

v.

Alvin M. **KELLEY** et al., Defendants,
Appellees.

No. 6768.

United States Court of Appeals
First Circuit.

Heard Oct. 4, 1966.

Decided Oct. 28, 1966.

Arthur Gottlieb, Boston, Mass., with whom Gottlieb, Cooke & Gottlieb, Boston, Mass., were on brief, for appellant.

Edward F. Harrington, Asst. U. S. Atty., with whom Paul F. Markham, U. S. Atty., was on brief, for appellees.

Before ALDRICH, Chief Judge, WOODBURY*, Senior Judge, and McENTEE, Circuit Judge.

OPINION OF THE COURT.

PER CURIAM.

The judgment is affirmed on the opinion of the District Court, D. Mass., 259 F.Supp. 914, decided April 29, 1966.